**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-42979 |
| | § | |
| RENATO W. ARIAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $34,425.00 |
| Total Distributions to Claimants: | $1,359.83 | Claims Discharged Without Payment: | $181,660.02 |
| Total Expenses of Administration: | $1,640.17 | | |

3)    Total gross receipts of $3,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,640.17 | $1,640.17 | $1,640.17 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $189,179.64 | $41,553.21 | $41,553.21 | $1,359.83 |
| **Total Disbursements** | $189,179.64 | $43,193.38 | $43,193.38 | $3,000.00 |

4). This case was originally filed under chapter 7 on 12/22/2015. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2017        By:  /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Potential preference claim against Debtor's landlord--Debtor to satisfy personally | 1241-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $750.00 | $750.00 | $750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $16.82 | $16.82 | $16.82 |
| Green Bank | 2600-000 | NA | $3.05 | $3.05 | $3.05 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $850.00 | $850.00 | $850.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $20.30 | $20.30 | $20.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,640.17 | $1,640.17 | $1,640.17 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PHEAA | 7100-000 | $38,163.00 | $32,002.36 | $32,002.36 | $1,047.28 |
| 2 | Toyota Motor Credit Corporation | 7100-000 | $8,570.00 | $8,570.57 | $8,570.57 | $280.47 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Portfolio Recovery Associates, LLC | 7100-900 | $980.00 | $980.28 | $980.28 | $32.08 |
| | Aes | 7100-000 | $19,213.00 | $0.00 | $0.00 | $0.00 |
| | Chaz Dean Continuity | 7100-000 | $59.90 | $0.00 | $0.00 | $0.00 |
| | Creditors Collection B | 7100-000 | $244.00 | $0.00 | $0.00 | $0.00 |
| | Department of Education | 7100-000 | $20,682.00 | $0.00 | $0.00 | $0.00 |
| | E Paloyan MD SC Assoc | 7100-000 | $244.00 | $0.00 | $0.00 | $0.00 |
| | Nelnet | 7100-000 | $9,249.05 | $0.00 | $0.00 | $0.00 |
| | Nelnet | 7100-000 | $10,572.74 | $0.00 | $0.00 | $0.00 |
| | Pennsylvania Higher Education | 7100-000 | $38,236.11 | $0.00 | $0.00 | $0.00 |
| | Performant Recovery, Inc. | 7100-000 | $39,015.84 | $0.00 | $0.00 | $0.00 |
| | Portfolio Recovery Ass | 7100-000 | $2,480.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo | 7100-000 | $1,470.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $189,179.64 | $41,553.21 | $41,553.21 | $1,359.83 |

Case 15-42979 Doc 38 Filed 10/05/17 Entered 10/05/17 15:15:38 Desc Main
Document Page 5 of 9

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 15-42979 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | ARIAS, RENATO W. | | | Date Filed (f) or Converted (c): | 12/22/2015 (f) |
| For the Period Ending: | 9/21/2017 | | | §341(a) Meeting Date: | 01/27/2016 |
| | | | | Claims Bar Date: | 08/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2001 Lexus GS300 with 149,929 miles Location: 6040 Lake Bluff DR # 602, Tinley Park IL 60477 | $2,300.00 | $0.00 | | $0.00 | FA |
| 2  Chairs, sofa, credenza, couch, loveseat, table, linens, towels, flatware, desks, beds, bedding, dressers, and other various household items that do not have an individual value of greater than five hundred dollars. Location: 6040 Lake Bluff DR # 602, Tinley Park IL 60477 | $1,000.00 | $0.00 | | $0.00 | FA |
| 3  Computer, cell phone, old lap top. No individual items have a value of greater than five hundred dollars. Location: 6040 Lake Bluff DR # 602, Tinley Park IL 60477 | $200.00 | $0.00 | | $0.00 | FA |
| 4  Clothes Location: 6040 Lake Bluff DR # 602, Tinley Park IL 60477 | $300.00 | $0.00 | | $0.00 | FA |
| 5  Ring | $150.00 | $0.00 | | $0.00 | FA |
| 6  Chase, checking | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  Chase, savings | $375.00 | $0.00 | | $0.00 | FA |
| 8  401(k) Fidelity | $28,000.00 | $0.00 | | $0.00 | FA |
| 9  Estimated tax refunds Federal and State | $1,100.00 | $0.00 | | $0.00 | FA |
| 10  Potential preference claim against Debtor's landlord--Debtor to satisfy personally (u) | $0.00 | $4,000.00 | | $3,000.00 | FA |
| Asset Notes:    Settling claim for $3000, payable in three payments of $1000 each. (dkt 29) | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $34,425.00 | $4,000.00 | | $3,000.00 | $0.00 |

**Major Activities affecting case closing:**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2        Exhibit 8

| Case No.: | 15-42979 | | | Trustee Name: | David Leibowitz |
| Case Name: | ARIAS, RENATO W. | | | Date Filed (f) or Converted (c): | 12/22/2015 (f) |
| For the Period Ending: | 9/21/2017 | | | §341(a) Meeting Date: | 01/27/2016 |
| | | | | Claims Bar Date: | 08/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/30/2017   2017 Reporting Period:
In lieu of 2004, Trustee conducted a continued 341 meeting.

Debtor paid his landlord $4000 for past-due rent. Debtor to settle with the Estate for $3000 (dkt 29), paid in three installments, with the final payment due 9/15/16.

TFR was filed with Court 6/28/17.

06/24/2016   2016 Reporting Period:
Asset - preference (back-rent to landlord)
2004 to be conducted

| Initial Projected Date Of Final Report (TFR): | 02/28/2017 | Current Projected Date Of Final Report (TFR): | 06/08/2017 | /s/ DAVID LEIBOWITZ |
| | | | | DAVID LEIBOWITZ |

**FORM 2** Page No: 1 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-42979 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ARIAS, RENATO W. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7049 | | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Arias, Renato |
| For Period Beginning: | 12/22/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/07/2016 | (10) | ARIAS, RENATO W. | Settlement of preferential payment to Debtor's landlord | 1241-000 | $1,000.00 | | $1,000.00 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.24 | $998.76 |
| 08/29/2016 | (10) | ARIAS, RENATO W. | Settlement of preferential payment to Debtor's landlord | 1241-000 | $2,000.00 | | $2,998.76 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.81 | $2,996.95 |
| 07/27/2017 | 3001 | Lakelaw | Claim #: ; Amount Claimed: $20.30; Distribution Dividend: 100.00%; | 3120-000 | | $20.30 | $2,976.65 |
| 07/27/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $850.00; Distribution Dividend: 100.00%; | 3110-000 | | $850.00 | $2,126.65 |
| 07/27/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $750.00 | $1,376.65 |
| 07/27/2017 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $16.82 | $1,359.83 |
| 07/27/2017 | 3005 | PHEAA | Claim #: 1; Amount Claimed: $32,002.36; Distribution Dividend: 3.27%; | 7100-000 | | $1,047.28 | $312.55 |
| 07/27/2017 | 3006 | Toyota Motor Credit Corporation | Claim #: 2; Amount Claimed: $8,570.57; Distribution Dividend: 3.27%; | 7100-000 | | $280.47 | $32.08 |
| 07/27/2017 | 3007 | Portfolio Recovery Associates, LLC | Claim #: 3; Amount Claimed: $980.28; Distribution Dividend: 3.27%; | 7100-900 | | $32.08 | $0.00 |

**SUBTOTALS** $3,000.00 $3,000.00

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-42979 | |
| **Case Name:** | ARIAS, RENATO W. | |
| **Primary Taxpayer ID #:** | **-***7049 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/22/2015 | |
| **For Period Ending:** | 9/21/2017 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7901 |
| **Account Title:** | Arias, Renato |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $3,000.00 | $3,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,000.00 | $3,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,000.00 | $3,000.00 | |

**For the period of 12/22/2015 to 9/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/07/2016 to 9/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit 9

| Case No. | 15-42979 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ARIAS, RENATO W. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7049 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Arias, Renato |
| For Period Beginning: | 12/22/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,000.00 | $3,000.00 | $0.00 |

**For the period of 12/22/2015 to 9/21/2017**

| Total Compensable Receipts: | $3,000.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/22/2015 to 9/21/2017**

| Total Compensable Receipts: | $3,000.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ